IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ANDY BUXTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:20-CV-01647-CRE |
| | ) | |
| JOHN E. WETZEL, SECRETARY OF CORRECTIONS; DORINA VARNER, ZACHARY J. MOSLAK, MELINDA L. ADAMS,SUPERINTENDENT/WARDEN/FACILITY MANAGER; SHANE DADY, DSCS/DEPUTY; J. YODIS, HEARING EXAMINER/COORDINATOR; EDWARD WHITMAN, UNIT MANAGER;  SGT. HAMILTON, KAREN FEATHERS, CHCA; AND ADAM MILLIREN, CORRECTIONAL OFFICER; | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 25th day of March 2024, for the reasons stated in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment (ECF No. 119) is DENIED.

IT IS FURTHER ORDERED that Corrections Defendants' motion for summary judgment (ECF No. 123) is DENIED IN PART and GRANTED IN PART:

DENIED as to the remaining claim of First Amendment retaliation—related to Misconduct #D320655, against Defendant Milliren;

GRANTED as to the remaining claim of First Amendment retaliation—related to Misconduct #D320655, including conspiracy to retaliate, against Corrections Defendants;

1

and GRANTED as to Plaintiff's claim for compensatory damages is precluded by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(e).

A pretrial scheduling conference will be scheduled by separate Order.

BY THE COURT:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc:   ANDY BUXTON
      (via ECF electronic notification)

      Counsel of Record
      (via ECF electronic notification)